UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**NATASHA HARRIS-JOHNSON**                                                                    **PLAINTIFF**

v.                                                                              **CIVIL ACTION NO. 5:25-CV-139-JHM**

**THE UNITED STATES**                                                                         **DEFENDANT**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on *pro se* Plaintiff Natasha Harris-Johnson's motion for leave to proceed *in forma pauperis*. On review, the Court finds that Plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). The Court, therefore, **GRANTS** the motion (DN 3).

Because Plaintiff is proceeding without the prepayment of fees, or *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997)), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). Once the review is complete, the Court will enter an order informing the parties of what steps, if any, must be taken.

Date: September 26, 2025

ENTERED BY ORDER OF COURT:

SENIOR JUDGE JOSEPH H. McKINLEY, JR.
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK

　　　s/ James J. Vilt, Jr.

cc:   Plaintiff, *pro se*
      4414.009

---

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."